El Pueblo de Puerto Rico, demandante y apelado, *v.* Luis
Maldonado y Manuel de Santiago, acusados y apelantes.

No. 4492.—*Sometido:* Noviembre 27, 1931. *Resuelto:* Mayo 17, 1933.

P. *Baigés Gómez*, abogado de los apelantes; E. *Díaz Viera, Fiscal
Auxiliar*, abogado de El Pueblo, apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del
tribunal.

Los arrendatarios de la hacienda Belvedere, radicada en
Cabo Rojo, dieron orden a su mayordomo Manuel de Santiago
para que cortase madera en un manglar y dicho mayordomo
dispuso que un peón de la finca, Luis Maldonado, cortase esas
maderas.  Luis Maldonado fué denunciado por cortar man-
gles en bosque perteneciente al Pueblo de Puerto Rico sin
estar autorizado para ello por escrito ni por las leyes.  Tam-
bién se incluyó en la denuncia al mayordomo Santiago por
haber dispuesto que Luis Maldonado cortase madera en ese
mangle.  A ambos se les imputó haber realizado estos actos
maliciosa e ilegalmente.  Los dos fueron condenados y esta-
blecieron este recurso de apelación.

Lo que en realidad hay en todo este proceso criminal es
una controversia civil entre los arrendatarios y los dueños de
la finca con El Pueblo de Puerto Rico, en la que cada parte
alega ser dueña de dicho manglar; controversia en la que
se quiere hacer responsable criminalmente a personas que se
limitaron a cumplir órdenes de los arrendatarios a quienes
ellos veían en la posesión del mangle que le mandaron cortar.

En el caso de *Stone v. United States*, 167 U. S. 179, dijo el

Tribunal Supremo de los Estados Unidos, haciendo varias citas, que para condenar a una persona por la acusación de que ilegal, voluntaria y maliciosamente çortó y trasladó árboles de tierras de los Estados Unidos es necesario que se pruebe intención criminal de su parte o a lo menos que sabía que las maderas eran propiedad de los Estados Unidos; y que una equivocación honesta con respecto al título sería una defensa en una acción criminal. Ese caso fué citado en *Chantangco·v. Abarca,* 218 U. S. 482.

Los empleados que fueron acusados en este caso se limitaron a cumplir las órdenes que se les dieron, ignorando que el manglar no perteneciera a la central, si es que esto es así, por lo que razonablemente podían y debían suponer que esos mangles pertenecen a la hacienda, y por lo tanto no tuvieron intención criminal de apoderarse de propiedad de El Pueblo de Puerto Rico.

No resolvemos ahora quién es el dueño de tal manglar sino solamente que los apelantes no realizaron con intención criminal los actos que se les imputan.

*La sentencia apelada debe ser revocada y absolverse a los acusados.*

El Juez Asociado Señor Córdova Dávila no intervino.